UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 3:23cr5-TKW-1

MANUEL ALEJANDRO PALOMINO AMADOR,

    Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, MANUEL ALEJANDRO PALOMINO AMADOR, to Count One of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 9th day of March, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**